UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

NICOLE FONGEMIE, REGINA
BANKHEAD, TAMMY CUNNINGHAM
and AUDRA DAVIS,

    Plaintiffs,

v.                                            Case No: 8:16-cv-3525-T-36AEP

ELDER SERVICES OF CENTRAL
FLORIDA, INC. and TRACY D. KELLEY,

    Defendants.
_____/

## **O R D E R**

This cause comes before the Court upon the Report and Recommendation filed by Magistrate Judge Anthony E. Porcelli on May 9, 2017 (Doc. 20). In the Report and Recommendation, Magistrate Judge Porcelli recommends that the Court grant the parties' Joint Motion to Approve Settlement Agreement and Dismiss Case with Prejudice (Doc. 19). All parties were furnished copies of the Report and Recommendation and were afforded the opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). The parties filed a Joint Stipulation Regarding Objections to the Report & Recommendation of the Magistrate (Doc. 20) advising the Court that they have no objections to the Report and waive the 14 day period within which to raise any objections.

Upon consideration of the Report and Recommendation, and upon this Court's independent examination of the file, it is determined that the Report and Recommendation should be adopted. Accordingly, it is now

**ORDERED AND ADJUDGED**:

(1) The Report and Recommendation of the Magistrate Judge (Doc. 20) is adopted, confirmed, and approved in all respects and is made a part of this Order for all purposes, including appellate review.

(2) The parties' Joint Motion to Approve Settlement Agreement and Dismiss Case with Prejudice (Doc. 19) is **GRANTED**. The Settlement Agreement (Doc. 19 - Ex. A) is **APPROVED**, as it constitutes a fair and reasonable resolution of a bona fide dispute. The parties are ordered to comply with the terms and conditions of the Settlement Agreement.

(3) This action is **DISMISSED**, with prejudice.

(4) The Clerk is directed to terminate all pending motions and close this file.

**DONE AND ORDERED** in Tampa, Florida on May 16, 2017.

Charlene Edwards Honeywell
United States District Judge

Copies to:
The Honorable Anthony E. Porcelli
Counsel of Record